IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LANCE L CHRISTENSON, | * |
| Plaintiff, | * |
| v. | Case No. 4:17cv32 (CDL) |
| | * |
| COLUMBUS CONSOLIDATED GOVERNMENT, et al., | * |
| Defendants. | * |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated January 24, 2018, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 26th day of January, 2018.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk