# Causey Peterson Reporting, Inc.
## Certified Court Reporters
22 West Fifth Street  31901
Post Office Box 81
Columbus, Georgia  31902
PHONE: 706-317-3111

**CPR**

DEFENDANT'S EXHIBIT A

# INVOICE

| DATE | INVOICE # |
|---|---|
| 8/30/17 | 10254 |

| BILL TO: | CASE/STYLE: |
|---|---|
| Ms. Julie D. Johnson<br>Page Scrantom Sprouse Tucker & Ford<br>Synovus Center, Third Floor<br>1111 Bay Avenue<br>Columbus, Georgia 31901 | Lance L. Christenson v.<br>Col. Consol. Gov.t, et al<br>USDC, MDGA, Columbus div.<br>4:17-CV-32(CDL) |

Schedule depositions at:
scheduling@causeypeterson.com or
office@causeypeterson.com or
www.causeypeterson.com

| TERMS | REPORTER | TAX ID # |
|---|---|---|
| Due on receipt | BJP | 73-1700850 |

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Lance Christenson, taken on 8/10/2017, in Columbus, Georgia | |
| Original & One Copy | 1,019.20 |
| Appearance Fee | 95.00 |
| Exhibits | 93.00 |
| Read & Sign Fee | 25.00 |

*3% processing fee charged on credit card payments.*

| | |
|---|---|
| **Invoice Total** | $1,232.20 |
| **Balance Due** | $1,232.20 |

Thank you. We appreciate your business!!

REALTIME / VIDEO / E-TRANSCRIPT / EXHIBIT SCANNING / CONDENSING & WORD INDEXING
TELEPHONIC DEPOSITIONS / TELECONFERENCING
& COMPLIMENTARY CONFERENCE ROOM

| DATE | INVOICE # | | NOTATION | | Check: 00141616 | 01/24/18 | |
|---|---|---|---|---|---|---|---|
| 08/30/17 | 10254 | | Inv 10254 Deposition of Lance Christenson 8/10/17 | | | | 1,232.20 |

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
Operating Account

Payee Causey Peterson Reporting

Total: $1,232.20

---

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**
**Operating Account**
POST OFFICE BOX 1199
COLUMBUS, GEORGIA 31902-1199
706-324-0251

COLUMBUS BANK AND TRUST COMPANY
Columbus, Georgia
64-60/611

No. 141616

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 00141616 | 01/24/2018 | $1,232.20 |

****One Thousand Two Hundred Thirty-Two And 20 / 100

TO THE
ORDER
OF

**Causey Peterson Reporting**
P.O. Box 81
Columbus, GA 31902

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈141616⑈ ⑆061100606⑆ 19 47 532⑈

141616