# CPR

# Causey Peterson Reporting, Inc.
## Certified Court Reporters
22 West Fifth Street 31901
Post Office Box 81
Columbus, Georgia 31902
PHONE: 706-317-3111

**DEFENDANT'S EXHIBIT B** (ALL-STATE LEGAL)

# INVOICE

| DATE | INVOICE # |
|---|---|
| 9/13/17 | 10274 |

| BILL TO: |
|---|
| Ms. Julie D. Johnson |
| Page Scrantom Sprouse Tucker & Ford |
| Synovus Center, Third Floor |
| 1111 Bay Avenue |
| Columbus, Georgia 31901 |

| CASE/STYLE: |
|---|
| Lance L. Christenson v. |
| CCG, et al. |
| USDC, MDGA, Columbus Division |
| 4:17-CV-32-CDL |

Schedule depositions at:
scheduling@causeypeterson.com or
office@causeypeterson.com or
www.causeypeterson.com

| TERMS | REPORTER | TAX ID # |
|---|---|---|
| Due on receipt | PNM | 73-1700850 |

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Jeffery Meyer, taken on 8/18/2017, in Columbus, Georgia. | |
| Copy | 310.80 |
| Exhibits | 14.00 |

*3% processing fee charged on credit card payments.*

| **Invoice Total** | **$324.80** |
|---|---|

Thank you. We appreciate your business!!

| **Balance Due** | **$324.80** |
|---|---|

REALTIME / VIDEO / E-TRANSCRIPT / EXHIBIT SCANNING / CONDENSING & WORD INDEXING
TELEPHONIC DEPOSITIONS / TELECONFERENCING
& COMPLIMENTARY CONFERENCE ROOM

| | | | | | 140346 |
|---|---|---|---|---|---|
| PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C. | | | Check: 00140346 | 09/14/17 | |
| Operating Account | | | | | |
| DATE | INVOICE # | NOTATION | | | |
| 09/13/17 | 10274 | Inv 10274 Deposition of Jeffery Meyer 8/18/17 | | | 324.80 |

Payee  Causey Peterson Reporting                Total:                $324.80

---

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
**Operating Account**
POST OFFICE BOX 1199
COLUMBUS, GEORGIA 31902-1199
706-324-0251

COLUMBUS BANK AND TRUST COMPANY
Columbus, Georgia
64-60/611

No. **140346**

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 00140346 | 09/14/2017 | $324.80 |

****Three Hundred Twenty-Four And 80 / 100

TO THE ORDER OF

**Causey Peterson Reporting**
P.O. Box 81
Columbus, GA 31902

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.

_____
AUTHORIZED SIGNATURE

_____ MP
AUTHORIZED SIGNATURE

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈140346⑈ ⑆061100606⑆ 19 47 532⑈