# C P R

**Causey Peterson Reporting, Inc.**
*Certified Court Reporters*
22 West Fifth Street 31901
Post Office Box 81
Columbus, Georgia 31902
PHONE: 706-317-3111

**DEFENDANT'S EXHIBIT C**

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/11/17 | 10319 |

| BILL TO: |
|---|
| Mr. James C. Clark, Jr.<br>Page, Scrantom, Sprouse, Tucker & Ford<br>1111 Bay Avenue, Third Floor<br>Columbus, Georgia 31901 |

| CASE/STYLE: |
|---|
| Lance L. Christenson v.<br>Columbus Consol. Gov.t, et al.<br>USDC, MDGA, Columbus Georgia<br>4:17-CV-32 |

Schedule depositions at:
scheduling@causeypeterson.com or
office@causeypeterson.com or
www.causeypeterson.com

| TERMS | REPORTER | TAX ID # |
|---|---|---|
| Due on recpt | LT | 73-1700850 |

| DESCRIPTION | AMOUNT |
|---|---|
| Depositions of Danny Irions, Ricky Shores, Greg Lang and Lance Miller, taken on 8/24/17 & 8/25/2017, in Columbus, Georgia. | |
| Copy | 128.80 |
| Copy | 154.00 |
| Copy | 148.40 |
| Copy | 109.20 |
| Exhibits | 43.50 |

*3% processing fee charged on credit card payments.*

| | |
|---|---|
| **Invoice Total** | **$583.90** |

Thank you. We appreciate your business!!

| | |
|---|---|
| **Balance Due** | **$583.90** |

REALTIME / VIDEO / E-TRANSCRIPT / EXHIBIT SCANNING / CONDENSING & WORD INDEXING
TELEPHONIC DEPOSITIONS / TELECONFERENCING
& COMPLIMENTARY CONFERENCE ROOM

| DATE | INVOICE # | NOTATION | | |
|---|---|---|---|---|
| | | | Check: 00140671 | 10/12/17 |
| 10/11/17 | 10319 | Inv 10319 Depositions 8/24/17 | | 583.90 |

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
Operating Account

**140671**

Payee  Causey Peterson Reporting       Total:       $583.90

---

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**
**Operating Account**
POST OFFICE BOX 1199
COLUMBUS, GEORGIA 31902-1199
706-324-0251

COLUMBUS BANK AND TRUST COMPANY
Columbus, Georgia
64-60/611

No. **140671**

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 00140671 | 10/12/2017 | $583.90 |

****Five Hundred Eighty-Three And 90 / 100

TO THE ORDER OF

**Causey Peterson Reporting**
P.O. Box 81
Columbus, GA 31902

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆140671⑆ ⑈061100606⑈ 19 47 532⑈